| | |
|---|---|
| BLANCA AMBRIZ, individually and on behalf of D.A., a minor, as his Guardian ad Litem,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | No. 1:19-cv-01391-NONE-BAM<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PETITION FOR APPROVAL OF MINOR'S COMPROMISE</u><br><br>(Doc. No. 32) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Blanca Ambriz, individually and on behalf of D.A., a minor, as his *guardian ad litem*, initiated this civil action on October 3, 2019. (Doc. No. 1.) On March 29, 2019, plaintiff filed a petition seeking court approval of a compromise with Defendant CVS Pharmacy, Inc. (Doc. No. 26.) Defendant did not file an opposition to the motion. The matter was referred to the assigned magistrate judge pursuant to this court's standing order re judicial emergency, (Doc. No. 14-1 at 3), and 28 U.S.C. §636(b)(1)(A).

On May 14, 2021, the assigned magistrate judge issued findings and recommendations recommending plaintiff's petition for approval of the minor's compromise be approved. (Doc. No. 32.) The findings and recommendations were served on plaintiff with instructions that any objections thereto must be filed within fourteen (14) days after service of the order. (*Id.* at 6.) No objections were filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 14, 2021 (Doc. No. 32.) are ADOPTED IN FULL;

2. Plaintiffs' petition for approval of the minor's compromise (Doc. No. 26) is hereby GRANTED, and the terms of the settlement, including payment of attorneys' fees and costs are APPROVED as fair and reasonable; and

3. Defendant shall prepare and deliver the drafts for the settlement proceeds in the amount of $5,000.00 no later than fourteen (14) days after final approval of the petition, payable as follows:

    a. Defendant shall issue a check for $2,336, payable to Christenson Law Firm, LLP. These funds shall be used to satisfy the attorney fees and costs owed by minor plaintiff D.A. to plaintiffs' counsel; and

    b. Defendant shall issue a check for $2,663, payable to Blanca Ambriz on behalf of the minor plaintiff D.A.

4. The parties are directed to file appropriate papers to dismiss or conclude this action in its entirety within twenty-one (21) days of payment of the settlement proceeds.

IT IS SO ORDERED.

Dated: **June 29, 2021**

UNITED STATES DISTRICT JUDGE

2